IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

      Plaintiff,

vs.                                                   1:20-cr-01982-KWR-1

**BRITTANY HUIZAR,**

      Defendant.

### ORDER MODIFYING CONDITIONS OF RELEASE

This matter is before the Court on Defendant's motion seeking modification of her conditions of release so as to allow her to move to Albuquerque, New Mexico and commence work at Wal-Mart. Doc. 37. The United States does not object to the proposed modification so long as approved by U.S. Probation. Doc. 38. The Court has been informed that U.S. Probation approves of the proposed modification. Doc. 39.

The Defendant will be allowed to move to Albuquerque, New Mexico and to work at Wal-Mart. Accordingly, Defendant will reside with her mother, and her travel will be restricted to Bernalillo County. All other conditions of release will remain in place. *See* Doc. 12.

                                                                           _____
                                                                           THE HONORABLE LAURA FASHING
                                                                             UNITED STATES MAGISTRATE JUDGE

| Respectfully submitted: | APPROVED: |
|---|---|
| /s/ Stephen M. Torres | Approved via e-mail 5/10/2021 |
| STEPHEN M. TORRES | Allison Jarros |
| Attorney for Defendant | Assistant District Attorney |
| 507 Roma Ave., NW | |
| Albuquerque, New Mexico 87102 | |
| (505) 839-0123 | |